# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2007

131994

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

TRUMON DONTAE CANNON,
    Defendant-Appellant.

SC: 131994
COA: 259532
Saginaw CC: 04-024226-FC

_____/

On order of the Court, the application for leave to appeal the July 25, 2006 judgment of the Court of Appeals is considered. We DIRECT the Saginaw County Prosecuting Attorney to answer Issue IV of the application for leave to appeal (answer whether OV 10 was correctly scored) within 28 days after the date of this order. The prosecutor shall particularly address how the circumstances of the case justify assessing points for predatory conduct, and address how, under the hierarchical scoring of OV 10 from 5 to 15 points, the egregiousness of the conduct in this case exceeds, for example, the exploitation of a victim's size or mental disability.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2007

_____
Clerk

p0130